```
                      UNITED STATES DISTRICT COURT
                           DISTRICT OF NEVADA
                             RENO, NEVADA


JASON A. GOTHAN and ROSALYNN R. GOTHAN, )   3:10-CV-00172-ECR-VPC
husband and wife,                       )
                                        )   MINUTES OF THE COURT
      Plaintiffs,                       )
                                        )   DATE: July 21, 2010
vs.                                     )
                                        )
OWNIT MORTGAGE SOLUTION, INC., a        )
California corporation; et al.,         )
                                        )
      Defendants.                       )
_____)

PRESENT:      EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

    On April 2, 2010, May 2, 2010 and July, 5, 2010, Plaintiffs filed notices (## 10, 27 and 42) of intent to withhold responses to defendants motions to dismiss (## 8, 25 and 37) pending our ruling on Plaintiffs' motion to remand (#7).

    Pursuant to a May 12, 2010 order, the claims in this case related to the formation and/or operation of MERS were transferred by the United States District Panel on Multidistrict Litigation to the District of Arizona.  The claims unrelated to the formation and/or operation of MERS were simultaneously remanded to our court. (Conditional Transfer Order (#32).)  Thus, we do not have jurisdiction over the entirety of this lawsuit, and cannot, at this time, remand it.  As such, the motion to remand will be denied.  Plaintiffs may to renew their motion to remand or file another motion to remand after the District of Arizona has completed pretrial proceedings and transferred any remaining MERS-related claims back to this court.

    Moreover, Plaintiffs are not entitled to unilaterally refuse to respond to pending motions without consequence.  See Local Rule 7-2(d) (The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.)

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiffs' motion to remand (#7) is **DENIED** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiffs shall have fourteen (14) days within which to respond to the pending motions to dismiss (## 8, 25 and 37).

```
                                    LANCE S. WILSON, CLERK

                                    By _____/s/_____
                                         Deputy Clerk
```