UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON A. GOTHAN and ROSALYNN R. GOTHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> OWNIT MORTGAGE SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 3:10-cv-00172-ECR-VPC <br><br> MINUTES OF THE COURT <br><br> Date:   May 2, 2011 |

PRESENT:   __EDWARD C. REED, JR.__                    __U. S. DISTRICT JUDGE__

Deputy Clerk:   __COLLEEN LARSEN__     Reporter:   __NONE APPEARING__

Counsel for Plaintiff(s) _____NONE APPEARING_____

Counsel for Defendant(s) _____NONE APPEARING_____

<u>MINUTE ORDER IN CHAMBERS</u>

  Angela M. Bader, counsel for Sierra Pacific Mortgage Company and Greenhead Investments, Inc., filed a Motion for Removal from CM/ECF List (#71) on April 5, 2011.

  Since Defendants Sierra Pacific Mortgage Company and Greenhead Investments, Inc., have been dismissed from this action, IT IS ORDERED that Motion for Removal from CM/ECF List (#71) is <u>GRANTED</u>.

            LANCE S. WILSON, CLERK

            By ___/s/___
              Deputy Clerk