UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON A. GOTHAN and ROSALYNN R. GOTHAN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>OWNIT MORTGAGE SOLUTION, INC. a California corporation; WESTERN TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a subsidiary of MERSCORP, INC., a Delaware corporation [MERS]; RECONTRUST COMPANY, N.A.; NATIONAL CITY MORTGAGE, a National Banking Association; STEWART TITLE; DESIGN FINANCIAL; KIM GONZALEZ, individually; et al.,<br><br>Defendants. | Case No. 3:10-cv-00172-MMD-VPC<br><br>ORDER |

Before the Court is Defendant ReconTrust Company, NA's Motion for Order Cancelling Lis Pendens. Defendant seeks to cancel a lis pendens recorded on behalf of Plaintiffs Jason and Rosalynn Gothan on real property located at 1741 Autumn Glen Street in Fernley, Nevada, and is the subject of this action. (Dkt. no. 85.) The Court dismissed this action on October 25, 2011. (Dkt. no. 84.) The recorded lis pendens must therefore be cancelled. Defendant's Motion is granted. The Clerk is instructed to close this case.

DATED THIS 16th day of October 2014.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE